Filed
4/28/2015 3:22:30 PM
Dwight D. Sullivan
County Clerk
Galveston County, Texas

Cause No. CV-0074145 _____

| | | |
|---|---|---|
| DORIS TEMPLETON | § | IN THE COUNTY COURT OF |
| *Plaintiff,* | § § | Galveston County - County Court at Law No. 2 |
| v. | § § | |
| ENTERPRISE RENT-A-CAR COMPANY | § | GALVESTON COUNTY, TEXAS |
| and ENTERPRISE HOLDINGS, INC. | § § | |
| *Defendants.* | § | AT LAW NO. _____ |

## PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

### TO THE HONORABLE DISTRICT JUDGE OF SAID COURT:

COMES NOW, DORIS TEMPLETON, Plaintiff in the above styled cause and files this, her Original Petition and Request for Disclosure and would show the Court the following:

### I. PARTIES

1. Plaintiff, Doris Templeton ("Plaintiff"), is an individual who is a resident of Galveston County, Texas and whose last 3 digits of her Texas driver's license number are 918.

2. Defendant, Enterprise Rent-A-Car Company ("Enterprise"), is a foreign corporation incorporated in the State of Missouri and duly registered to do business in the State of Texas and which may be served by serving its registered agent in Texas, CT Corporation Systems, 350 N. St. Paul, Suite 2900, Dallas, Texas 75201.

3. Defendant, Enterprise Holdings, Inc. ("EHI"), is a foreign corporation incorporated in the State of Missouri and duly registered to do business in the State of Texas and which may be served by serving its registered agent in Missouri, CT Corporation Systems, 120 S. Central Ave., St. Louis, MO 63105.

4. Enterprise and EHI are hereinafter collectively referred to as "Defendants".

1



## II.    VENUE

5.     Venue is proper in Galveston County, Texas pursuant to Tex. Civ. Prac. & Rem. §15.002 as the events giving rise to Plaintiff claims occurred in Galveston County, Texas.

## III.    JURISDICTION & DECLARATION OF RELIEF REQUESTED RULE 47

6.     Plaintiff is suing Defendants for personal injury, past and future mental anguish, past and future pain and suffering and gross negligence

7.     Plaintiff seeks monetary relief of over $100,000 but not more than $200,000.

8.     Plaintiff asserts that the requested relief and damages sought are within the jurisdiction limits of this Court.   Further, Plaintiff seeks all other relief to which she may show herself to be justly entitled.

## III.    FACTS

9.     Plaintiff is a 76 year old elderly woman.  On or about April 26, 2013, Plaintiff was being transported in a car owned by Defendants from the Enterprise location on Pine Drive in Dickinson, Texas.  Specifically, Defendants' employee was transporting Plaintiff in the front seat of Defendants vehicle to Plaintiff's car as was their policy concerning a customer who needed to be transported to and from their facility for the purposes of car rental.

10.     Defendants' employee was pulling out of the parking lot at the Enterprise location on Pine Drive when he pulled out into oncoming traffic across two lanes and hit another car. Prior to the police arriving to take a report, Plaintiff, being an elderly woman with a prior leg injury, decided to move inside to where it was cooler.  Subsequently, the police officer did not include Plaintiff in her report, nor was she asked if she needed to go to the hospital.

11.     The police arrived at the scene and took a police report.  Plaintiff sustained injuries to her torso, specifically her shoulder area, where the seatbelt was located, to her chest,

2

her leg, and had problems with her throat.  Plaintiffs continues to suffer from her injuries which she sustained in the accident.

12.     Defendants' employee, recklessly and with disregard for the welfare of Plaintiff, chose to pull out of Enterprise's parking lot into oncoming traffic and cause the accident which is the cause of Plaintiff's injuries.

### IV.   REQUEST FOR DISCLOSURE

13.     Pursuant to Tex. R. Civ. P. Rule 194, Defendants are requested to disclose, within 50 days of service of this original petition and request, the information or material described in Rule 194.2.

### V.   CAUSES OF ACTION

14.     Plaintiff incorporates all the facts contained herein.  Plaintiff alleges causes of action for past and future mental anguish, past and future pain and suffering and gross negligence.

### VI.   INTEREST

15.     Plaintiff is entitled to pre-judgment interest in the maximum amount allowed by law.

### VII.   DAMAGES

16.     Plaintiff seeks actual, compensatory, consequential, out-of-pocket and punitive and/or exemplary damages from Defendants and Plaintiffs seek punitive damages against Defendants, jointly and severally.

### VIII.   DEMAND FOR JURY TRIAL

17.     Plaintiff requests a trial by jury.

3

## IX.   ATTORNEY FEES

18.     Plaintiff seeks the recovery of attorney's fees pursuant to Tex. Civ. Prac. & Rem. Code § 38.001.  Plaintiffs are entitled to recover from Defendants all reasonable and necessary attorneys' fees.

## X.   PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that the Defendants be cited to appear herein and that upon final hearing or trial, the Court award judgment in favor of Plaintiff and against Defendants, jointly and severally or otherwise, for the Plaintiff's actual damages, compensatory damages and punitive damages, plus pre-judgment and post judgment interest if allowed by law.  And upon final hearing or trial, Plaintiff requests that the Court award judgment in favor of Plaintiff and against the Defendants, jointly and severally, for any and all reasonable attorney's fees, and for costs of suit and any and all further relief, both general and special, at law or in equity to which Plaintiff may show herself justly entitled.

Respectfully Submitted,

By:     /s/ Ronald M. Hall
Ronald M. Hall
State Bar No. 00787627
2830 Triway Lane
Houston, Texas 77043
Tel:  832-969-7335
Fax:  713-462-4439
Email: rhall@ronhallattorney.com

**ATTORNEY FOR PLAINTIFF
DORIS TEMPLETON**

4