UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DORIS TEMPLETON, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:15-CV-173 |
| | § | |
| ENTERPRISE RENT-A-CAR COMPANY, | § | |
| *et al*, | § | |
| | § | |
| Defendants. | § | |

**CONDITIONAL DISMISSAL ORDER**

The Court has been advised that a settlement has been reached between the parties. Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to reinstatement of Plaintiff's claims, unless any party represents in writing filed with the Court on or before **October 28, 2015,** that the settlement could not be completely documented.

SIGNED at Galveston, Texas, this 28th day of September, 2015.

_____
George C. Hanks Jr.
United States District Judge